## United States Bankruptcy Court
### District of New Hampshire

In re  **Barry J. and Sally A. Caravan**  Case No. **14-12055-JMD**
Debtor(s)  Chapter **11**

## FINAL DECREE

Upon the Application for Final Decree filed by Debtors Barry J. and Sally A. Caravan, dated October 31, 2016 (the "Application" and "Debtors" respectively) and after having reviewed the pleadings filed in this case to date and having found therefrom good and sufficient cause, it is hereby ordered, adjudged and decreed that:

Pursuant to the representations set forth in paragraph 1 of the Application for Final Decree, the Debtor's Plan of Reorganization (the "Plan") has been substantially consummated as defined by 11 U.S.C Section 1101(2), and in accordance with the provisions of the Plan and the Order confirming the Plan;

1. Pursuant to the representations set forth in paragraph 2 of the Application, the Debtors have disbursed to all persons entitled, and who have timely filed applications for services rendered and reimbursement of expense incurred, all sums allowed by the Court;

2. Pursuant to the representations set forth in paragraph 3 of the Application, the Debtors have commenced the distribution to creditors of the sums due them under the Plan.

3. Pursuant to the representations set forth in paragraph 4 of the Application, Debtors have listed those creditors to whom future payments will be made according to the terms of the Plan and Order confirming the Plan.

4. Pursuant to the representations set forth in paragraph 5 of the Application, no payments tendered by the Debtor has been returned to the Debtor.

5. The Debtor has complied with all other provisions of the Bankruptcy Code and Orders of this Court.

6. All creditors of, claimants against, members of, and persons having or claiming interests of any nature whatsoever in the property and assets of the Debtor are hereby enjoined and stayed from pursuing or attempting to pursue or commence any suits or proceedings at law, in equity, or otherwise, against Debtor or its property, or against any nominee, assignee, or grantee of Debtor, or against any person or

corporation claiming by, through, or under it on account of or based upon any right, claim, or interest which any such creditor, claimant, members, or other person may have had at the date of the filing of Debtor's petition under Chapter 11 of the Bankruptcy Code, in, to, or against Debtor and against its property and assets, except with respect to claims, rights, or interests arising out of the confirmed plan of reorganization or orders of this court.

7. The Debtor agrees to pay all outstanding quarterly fees due and owing to the United States Trustee, and to the extent the Debtor fails to pay said quarterly fees, the Court shall retain jurisdiction over the Debtor until such time as all quarterly fees due and owing to the United States Trustee have been paid in full.

8. This order administratively closing the debtor's case does not operate to close the case for purposes of 28 U.S.C. § 1930 Appendix (11), 11 U.S.C. § 362(c)(2)(A), or Bankruptcy Rule 4006.

9. The provisions of the confirmed plan and confirmation order shall continue to bind the debtor, the creditors, and other parties in interest as set forth in 11 U.S.C. § 1141(a).

10. Upon completion of all plan payments the debtor may move to reopen the case under 11 U.S.C. § 350 for the purpose of obtaining a discharge under 11 U.S.C. § 1141(d)(5) when all plan payments have been completed.

It is therefore ORDERED, ADJUDGED AND DECREED that the estate herein and the above-captioned case be and hereby is closed.

Date: December 09, 2016

/s/  J. Michael Deasy
Honorable J. Michael Deasy
U.S. Bankruptcy Judge